IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-821-AP

MARIA ALARID,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.

---

## JOINT CASE MANAGEMENT PLAN

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

    <u>For Plaintiff</u>:
    Terry S. Fjeld, Esq.
    P.O. Box 17564
    Colorado Springs, CO 80935
    (719) 520-5385
    (719) 473-0042 (facsimile)

    <u>For Defendant</u>:
    Thomas H. Kraus
    Special Assistant United States Attorney

    *Mailing Address:*
    1961 Stout Street, Suite 1001A
    Denver, Colorado 80294
    (303) 844-0017
    (303) 844-0770 (fax)

    *Street Address:*
    1225 Seventeenth Street, Suite 700
    Denver, Colorado 80202
    (303) 454-0100

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

    A.    **Date Complaint Was Filed:** May 3, 2005

    B.    **Date Complaint Was Served on U.S. Attorney's Office:** May 5, 2005

    C.    **Date Answer and Administrative Record Were Filed:** July 1, 2005

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

Both parties state that the record is complete and adequate.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

Neither party intends to submit additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

Both parties state that this case does not involve unusually complicated or out-of-the ordinary claims.

## 7. OTHER MATTERS

Both parties raise no other matters.

## 8. PROPOSED BRIEFING SCHEDULE

    A.    **Plaintiff's Opening Brief Due:** October 14, 2005

    B.    **Defendant's Response Brief Due:** November 14, 2005

    C.    **Plaintiff's Reply Brief (If Any) Due:** December 2, 2005

## 9. STATEMENTS REGARDING ORAL ARGUMENT

    A.    **Plaintiff's Statement:** Plaintiff does not request oral argument

  B.  **Defendant's Statement:** Defendant does not request oral argument.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

  A.  ( X ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

  B.  (   ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

## 11. OTHER MATTERS

IN ADDITION TO FILING AN APPROPRIATE NOTICE WITH THE CLERK'S OFFICE, COUNSEL MUST FILE A COPY OF ANY NOTICE OF WITHDRAWAL, NOTICE OF SUBSTITUTION OF COUNSEL, OR NOTICE OF CHANGE OF COUNSEL'S ADDRESS OR TELEPHONE NUMBER WITH THE CLERK OF THE UNITED STATES MAGISTRATE JUDGE ASSIGNED TO THIS CASE.

IN ADDITION TO FILING AN APPROPRIATE NOTICE WITH THE CLERK'S OFFICE, A *PRO SE* PARTY MUST FILE A COPY OF A NOTICE OF CHANGE OF HIS OR HER ADDRESS OR TELEPHONE NUMBER WITH THE CLERK OF THE UNITED STATES MAGISTRATE JUDGE ASSIGNED TO THIS CASE.

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 31 day of August, 2005.

BY THE COURT:

/s/ John L. Kane
U.S. DISTRICT COURT JUDGE

APPROVED:

UNITED STATES ATTORNEY

s/Terry S. Fjeld
Terry S. Fjeld, Esq.
P.O. Box 17564
Colorado Springs, CO 80935
(719) 520-5385

Attorney for Plaintiff

s/Thomas H. Kraus
By: Thomas H. Kraus, Esq.
    Special Assistant U.S. Attorney

*Mailing Address:*
1961 Stout St., Suite 1001A
Denver, Colorado 80294
Telephone: (303) 844-0017

*Street Address:*
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100

Attorney for Defendant(s)

Please affix counsel's signatures and any *pro se* party's signatures before submission of the proposed Joint Case Management Plan to the court.